IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE BUTLER and DENISE GOINS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TAMMY DUCKWORTH, Individually and in her Official Capacity as Director, Illinois Department of Veterans Affairs, and PATRICIA SIMMS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO. 08-354-GPM |

## JUDGMENT IN A CIVIL CASE

This action was heard by District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiffs CHRISTINE BUTLER and DENISE GOINS shall recover nothing on their claims brought under 42 U.S.C. §§ 1983 and 1988, and they are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED** that Plaintiffs' state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

Defendants TAMMY DUCKWORTH, Individually and in her Official Capacity as Director, Illinois Department of Veterans Affairs, and PATRICIA SIMMS shall recover costs from Plaintiffs.

**DATED**: 12/12/2008

                                          NORBERT G. JAWORSKI, CLERK

                                          By:  s/ Linda M. McGovern
                                                   Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                    G. Patrick Murphy
                    United States District Judge